IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DERRICK LAMONT BARGE,**

        **Petitioner,**

**v.**                              **CASE NO. 3:11-cv-612-MW/CJK**

**MICHAEL D. CREWS,**

        **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 27, filed October 25, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 19, 2013.**

                                                        **s/Mark E. Walker**
                                                        **United States District Judge**